UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN ARIZABAL,

        Plaintiff,

vs.     Civil Action No.:
       1:20-CV-10196-GWG

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

AND, NOW, this 1st day of September, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due October 13, 2021. Defendant's opposition to Plaintiff's motion and cross-motion is due December 13, 2021. Plaintiff's reply, if any, is due January 3, 2022.

Entered: September 1, 2021

                                                         Gabriel W. Gorenstein
                                                         United States Magistrate Judge