UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN ARIZABAL,

        Plaintiff,

vs.                                                                                  Civil Action No.:
                                                             1:20-CV-10196-GWG

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

      AND, NOW, this __15th__ day of October, 2021, upon consideration of Plaintiff's Motion

for an extension of time to file Plaintiff's motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is

due October 27, 2021.  Defendant's opposition to Plaintiff's motion and cross-motion is due

December 27, 2021.  Plaintiff's reply, if any, is due January 17, 2022.

Entered: ___October 15, 2021___                  _____