```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN ARIZABAL,

                         Plaintiff,

       -v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                        Defendant.
-------------------------------------------------------------X

20 **CIVIL** 10196 (GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 27, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing.

**Dated:** New York, New York
          December 27, 2021

                                                                     RUBY J. KRAJICK
                                                                     **Clerk of Court**
                                 BY: _____
                                                                     **Deputy Clerk**